IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ALFREDO D. McCOWAN,** *et al*. | § § | |
| | § | **CASE NO. 6:18-cv-99** |
| v. | § | **LEAD CASE** |
| | § | |
| **CORECIVIC, INC. f/k/a** | § | |
| **CORRECTIONS CORP. OF AMERICA** | § | |
| **d/b/a BRADSHAW STATE JAIL** | § | |

| | | |
|---|---|---|
| **CHAMECCA REEVES-OSBORNE,** as | § | |
| next friend of KR | § | **CASE NO. 6:18-cv-621** |
| | § | |
| v. | § | |
| | § | |
| **JAMES BRADSHAW STATE JAIL,** *et* | § | |
| *al*. | § | |

**CONSOLIDATION ORDER**

On January 3, 2019, the Court conducted a hearing on Defendant's Motion to Consolidate (ECF 5), filed in Civil Action No. 6:18-cv-621. Pursuant to the Court's ruling at the conclusion of the hearing, it is hereby

**ORDERED** that the Motion to Consolidate (ECF 5), filed in Civil Action No. 6:18-cv-621, is **GRANTED**. **T**he above-styled cases shall be consolidated for all purposes. The earlier filed case, Civil Action No. 6:18-CV-99, shall serve as the lead case. The Clerk shall add the consolidated parties to the lead case, as well as counsel. All motions shall be filed in the consolidated lead case.

**No later than January 14, 2019**, the parties shall submit a proposed Amended Docket Control Order in the lead case. The following dates shall be incorporated into the Docket Control Order:

1

| | |
|---|---|
| **Jury Trial** | September 23, 2019 at 9:00 a.m. before Judge Robert W. Schroeder, III |
| **Jury Selection** | September 16, 2019 at 9:00 a.m. before Judge Robert W. Schroeder, III |
| **Pretrial Conference** | September 4, 2019 at 9:00 a.m. before Judge K. Nicole Mitchell |
| **Dispositive Motion Deadline** | June 14, 2019 |

So ORDERED and SIGNED this 3rd day of January, 2019.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE