IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ALFREDO D. McCOWAN,** *et al*. § § § | | |
| **v.** § § § | **CIVIL ACTION NO. 6:18-CV-99** | |
| **CORECIVIC, INC. f/k/a CORRECTIONS CORPORATIONS OF AMERICA d/b/a BRADSHAW STATE JAIL** § § § § § | **LEAD CASE** | |
| **CHAMECCA REEVES-OSBORNE,** as next friend of KR § § § § | | |
| **v.** § § § | **CIVIL ACTION NO. 6:18-CV-621** | |
| **CORECIVIC, INC. f/k/a CORRECTIONS CORPORATIONS OF AMERICA** § § § | | |

**FINAL JUDGMENT**

The above-entitled consolidated actions have come before the Court for consideration.

Decisions having been duly rendered concerning each case, it is hereby

**ORDERED** that the complaints be **DISMISSED WITH PREJUDICE**.

Any motion not previously ruled on is **DENIED**.

The Clerk is directed to close both cases.

**So ORDERED and SIGNED this 28th day of May, 2020.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE